CADES SCHUTTE
A Limited Liability Law Partnership

C. MICHAEL HEIHRE          1307-0
AMANDA M. JONES          8854-0
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:(808) 521-9200
Facsimile:  (808) 521-9210

Attorneys for Defendants
HAWAIIAN ELECTRIC INDUSTRIES,
INC., PEGGY Y. FOWLER, KEITH P.
RUSSELL, BARRY K. TANIGUCHI,
CONSTANCE H. LAU, A. MAURICE
MYERS, JAMES K. SCOTT,  ADMIRAL
THOMAS B. FARGO, KELVIN H.
TAKETA, and JEFFREY N. WATANABE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LAWRENCE COHN, Individually and On Behalf of All Others Similarly Situated, <br><br>        Plaintiff, <br><br>    v. <br><br> HAWAIIAN ELECTRIC INDUSTRIES, INC., NEXTERA ENERGY, INC., NEE ACQUISITION SUB II, INC., NEE ACQUISITION SUB I, LLC, PEGGY Y. FOWLER, KEITH P. RUSSELL, BARRY K. TANIGUCHI, CONSTANCE H. LAU, A. MAURICE MYERS, JAMES K. SCOTT,  ADMIRAL THOMAS B. FARGO, KELVIN H. TAKETA, AND JEFFREY N. WATANABE, <br><br>        Defendants. | CIVIL NO. 15-00029 JMS-RLP <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES |

## STIPULATION AND ORDER FOR DISMISSAL
## WITH PREJUDICE OF ALL CLAIMS AND PARTIES

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismiss this action with prejudice, with each party to bear their own attorneys' fees and costs. All claims and parties are dismissed by this stipulation.

All appearing parties have signed this stipulation. No trial date has been set.

DATED: Honolulu, Hawaii, July 22, 2016.

FOSTER LAW OFFICES LLLC

/s/ *Jeffrey Foster*
JEFFREY FOSTER

SCOTT+SCOTT
ATTORNEYS AT LAW, LLP
JOSEPH P. GUGLIELMO

GLANCY BINKOW & GOLDBERG LLP
LIONEL Z. GLANCY
PHILIP GUTIERREZ

Attorneys for Plaintiff
LAWRENCE COHN

---

*Lawrence Cohn v. Hawaiian Electric Industries, Inc., et al.;* Civil No. 15-00029 JMS-RLP; STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES

ALSTON HUNT FLOYD & ING

/s/  *Paul Alston*
PAUL ALSTON
NICKOLAS KACPROWSKI
Attorneys for Defendants
NEXTERA ENERGY, INC.,
NEE ACQUISITION SUB II, INC.,
and NEE ACQUISITION SUB I, LLC


CADES SCHUTTE LLP

/s/  *Amanda M. Jones*
C. MICHAEL HEIHRE
AMANDA M. JONES
Attorneys for Defendants
HAWAIIAN ELECTRIC INDUSTRIES,
INC., PEGGY Y. FOWLER, KEITH P.
RUSSELL, BARRY K. TANIGUCHI,
CONSTANCE H. LAU, A. MAURICE
MYERS, JAMES K. SCOTT,  ADMIRAL
THOMAS B. FARGO, KELVIN H.
TAKETA, and JEFFREY N. WATANABE

APPROVED AS TO FORM.

DATED:  Honolulu, Hawaii, July 22, 2016.



 /s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

---

*Lawrence Cohn v. Hawaiian Electric Industries, Inc., et al.;* Civil No. 15-00029
JMS-RLP; STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND PARTIES